# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE:  APPEAL OF PHOENIXVILLE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 140 NUTT ROAD, BOROUGH OF PHOENIXVILLE, CHESTER COUNTY, PENNSYLVANIA | : : : : : : : : : : | No. 264 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  PHOENIXVILLE HOSPITAL, LLC | : : | |
| IN RE:  APPEAL OF PHOENIXVILLE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 140 NUTT ROAD, BOROUGH OF PHOENIXVILLE, CHESTER COUNTY, PENNSYLVANIA | : : : : : : : : : : | No. 265 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  PHOENIXVILLE HOSPITAL, LLC | : : | |

## ORDER

**PER CURIAM**

AND NOW, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.